IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0162

IN THE MATTER OF:

J.D.D., A.J.D., and M.T.D.,

Youths in Need of Care.

## ORDER GRANTING MOTION FOR
## FIRST EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant Mother is granted an extension of time until June 23, 2020 to prepare, serve, and file her Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 15 2020

Grant of Extension of Time

PAGE 1